UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeremy Kerr,                                                           Case No. 3:22-cv-1054

        Plaintiff

v.                                                                     ORDER

Keith Lenz, et al.,

        Defendants

On June 17, 2022, *pro se* Plaintiff Jeremy Kerr filed this *in forma pauperis* civil rights action against numerous Defendants. Because Plaintiff has not provided U.S. Marshal forms or summonses and copies to serve the Defendants, the Clerk's Office cannot forward this matter to the U.S. Marshal for service in the event service is deemed appropriate.

Accordingly, Plaintiff is ordered to provide: (1) a copy of the Complaint for each Defendant; (2) two completed summonses for each Defendant named in the Complaint (that include the address at which each Defendant is to be served); and (3) one USM 285 process receipt and return for each Defendant. *See* Fed. R. Civ P. 4. Within 30 days of the date of this Order, Plaintiff shall submit to the Court the completed forms, the required copies of the Complaint, and a "Notice of Compliance" with an appropriate case caption for filing, indicating Plaintiff has complied with the Court's Order. The Clerk's Office is directed to mail sufficient summonses and U.S. Marshal forms to Plaintiff with a copy of this Order.

The Court notes that Plaintiff filed a lengthy 90-page Complaint against 25 Defendants. Plaintiff may therefore amend his Complaint to streamline his claims into a more manageable document. This Amended Complaint shall incorporate all allegations and claims against all of the

parties in this case in one document and will replace the prior Complaint filed with the Court, thus rendering the prior Complaint null and void. The Court will review any new Complaint filed by Plaintiff in accordance with 28 U.S.C. § 1915(e). Should Plaintiff choose to file an Amended Complaint, however, he must also file the required number of copies, summonses, and U.S. Marshal forms for service, as well as a Notice of Compliance. This shall be done within 30 days of this Order.

      Failure to comply with this Order may result in dismissal of this action without further notice for want of prosecution.

      So Ordered.

                                                  s/ Jeffrey J. Helmick
                                                  United States District Judge